DAVID I. BROWNSTEIN (SBN 195393)
**LAW OFFICE OF DAVID I. BROWNSTEIN**
1 Park Plaza, Suite 600
Irvine, California 92614
Telephone: (949) 486-4404
*david@brownsteinfirm.com*

Counsel for Secured Creditor,
Sunflower Equity, LLC appearing solely
for purposes of opposing the Motion for TRO

IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
(LOS ANGELES DIVISION)

|  |  |
|---|---|
| In re:<br><br>GABRIEL DAVID GUERRERO and<br>OLIVIA LUNA GUERRERO,<br><br>            Debtors.<br>_____<br>GABRIEL DAVID GUERRERO and<br>OLIVIA LUNA GUERRERO,<br><br>            Plaintiffs,<br>v.<br><br>SUNFLOWER EQUITY, LLC, a Delaware<br>Limited liability company; OLYMPIA<br>FINANCIAL MORTGAGE, INC., a<br>California corporation; JEFF SCOTT<br>ARONSON, an individual; AND<br>TIMOTHY YOO, solely in his capacity as<br>Chapter 7 Trustee<br>_____ | CASE NO.  2:25-bk-14063-BB<br><br>ADV NO.  2:26-ap-01172-BB<br><br>CHAPTER  7<br><br>**SUPPLEMENTAL PROOF OF SERVICE<br>OF OPPOSITION TO DEBTORS'<br>EMEGENCY HEARING REQUEST<br>AND TO EMERGENCY MOTION FOR<br>TRO**<br><br>[Related to Dock. #5]<br><br>Date:   [No Hearing Date Set]<br>Time:<br>Place: |

1

SUPPLEMENTAL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1 Park Plaza, Suite 600, Irvine, CA 92614


A true and correct copy of the foregoing document entitled (*specify*): Opposition to Debtors' Emergency Hearing
Request and to Emergency Motion for TRO; Declaration of David Brownstein in Support
_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/09/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

see attached list

☑ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/09/2026_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

see attached list

US Priority Mail for Delivery 7/10/2026
Hon. Sheri Bluebond
255 E. Temple St., #1534
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/09/2026 | David Brownstein | | /s/ David Brownstein |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

PROOF OF SERVICE CONTINUED

Part 1.  Service by NEF

United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Timothy Yoo (TR)     tjytrustee@lnbyg.com, tjy@trustesolutions.net

PART 3. SERVICE BY EMAIL

served by email on 7/9/2026 @ 12:38 am

Debtors:

Olivia Guerrero - olivia.guerrero@gmail.com
Gabriel Guerrero - sccregabe@gmail.com
Debtors' State Court Counsel:

Roger Golden - rngolden@rngoldenlaw.com

UST
Shevitz, David S. David.S.Shevitz@usdoj.gov

Chapter 7 Trustee
Timothy J. Yoo  TJY@lnbyg.com

Part 3. SERVICE BY PRIORITY MAIL
Debtors

Gabriel Guerrero and Olivia Guerrero
1373 El Mirador Drive
Pasadena, CA 91103